*sistant Attorney General Willebrandt,* and *Messrs. Sewall Key,* and *A. W. Gregg* for respondent.

---

No. 585. A. I. WINSETT, NATHAN KENDALL, CHARLES E. WALKER ET AL. *v.* H. J. SPURWAY, RECEIVER OF THE TUCSON NATIONAL BANK. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Arizona denied. *Mr. Frank E. Curley* for petitioners. *Mr. Francis M. Hartman* for respondent.

---

No. 586. M. WEHBY, JOHN JOSEPH, RAF R. FLORES ET AL. *v.* H. J. SPURWAY, RECEIVER OF THE TUCSON NATIONAL BANK. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Arizona denied. *Mr. Frank E. Curley* for petitioners. *Mr. Francis M. Hartman* for respondent.

---

No. 587. STATE OF MONTANA *v.* SUNBURST REFINING COMPANY. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Montana denied. *Mr. L. A. Foot* for petitioner. *Mr. George E. Hurd* for respondent.

---

No. 588. FEDERAL LIFE INSURANCE COMPANY *v.* MRS. JENNIE M. RASCOE. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas J. Tyne* and *James C. Jones* for petitioner. *Messrs. W. H. Washington* and *Edwin A. Price* for respondent.

---

No. 590. GORDON CAMPBELL *v.* UNITED STATES. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.